1
2
3
4
5
6

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

7
8
9

JACK PRELUTSKY,

10

         Plaintiff,

CASE NO.  C05-5361RJB

11

    v.

12

JACK PRELUTSKY.COM,

**ORDER PERMITTING SERVICE BY MAIL UPON DOMAIN-NAME REGISTRANT**

13

        Defendant.

14
15
16
17
18

     IT IS HEREBY ORDERED that plaintiff be granted leave to serve his complaint and a 90-day summons upon the corporation known as NetNation Communications, Inc. by using the procedure set forth in Washington Superior Court Civil Rule 4(d)(4).  Plaintiff's attorney of record is permitted to do the actual mailing and is also permitted to endorse upon the summons the date of mailing.  The documents shall be mailed to each of the following three addresses:

19
20
21

NETNATION COMMUNICATIONS INC
C/O CORPORATE AGENTS INC
2711 CENTERVILLE ROAD, SUITE 400
WILMINGTON, DE   19808

22
23
24

CHIEF EXECUTIVE OFFICER
NETNATION COMMUNICATIONS INC
410-555 WEST HASTINGS STREET
VANCOUVER, BRITISH COLUMBIA
CANADA   V6B 4N6

25
26
27
28

CHIEF EXECUTIVE OFFICER
NETNATION COMMUNICATIONS INC
BENTALL TOWER 5, SUITE 200
550 BURRARD STREET
VANCOUVER, BRITISH COLUMBIA
CANADA   V6C 2B5

**ORDER PERMITTING SERVICE BY MAIL UPON DOMAIN-NAME REGISTRANT** - 1

1    However, this order does not preclude any defendant's challenges to the sufficiency of service,

2  if any there may be.

3    The Clerk is directed to send uncertified copies of this Order to all counsel of record and to any

4  party appearing *pro se* at said party's last known address.

5    DATED this 13th day of June, 2005.

6

7

8                                    Robert J. Bryan
                                     United States District Judge
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ORDER PERMITTING SERVICE BY MAIL UPON DOMAIN-NAME REGISTRANT** - 2